# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-2656
_____

Marcia Leola Munoz-Sims

*Plaintiff - Appellant*

v.

Derek Schroeder, Branch Manager, OneMain Financial; OneMain Financial, LLC; OneMain Financial Solutions; Triton Insurance Company, also known as The Company

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: June 25, 2026
Filed: June 30, 2026
[Unpublished]
_____

Before LOKEN, KELLY, and KOBES, Circuit Judges.
_____

PER CURIAM.

Marcia Munoz-Sims appeals the magistrate judge's[1] order consolidating her removed pro se actions, and the district court's[2] order staying the actions pending arbitration and denying her motion to amend her complaints. We dismiss the appeal for lack of jurisdiction. Munoz-Sims cannot maintain an interlocutory appeal of the non-final order consolidating her actions, nor was her appeal of that order timely. See 28 U.S.C. § 1291 (courts of appeals have jurisdiction over final decisions of federal district courts); Fed. R. App. P. 4(a)(1)(A) (notice of appeal must be filed within 30 days of entry of judgment or order being appealed). Munoz-Sims also cannot obtain interlocutory review of the non-final order compelling arbitration and staying the actions. See 9 U.S.C. § 16(b)(1) (appeal may not be taken from interlocutory order granting stay of action pending arbitration); Webb v. Farmers of N. Am., Inc., 925 F.3d 966, 969-70 (8th Cir. 2019) (district court's decision staying case pending arbitration, but not dismissing claims, is not appealable final decision, and is not immediately appealable under collateral-order doctrine).

We decline to treat Munoz-Sims's jurisdictionally defective appeal as a petition for a writ of mandamus. See Auer v. Trans Union, LLC, 834 F.3d 933, 936 (8th Cir. 2016). Finally, we deny appellees' motion to strike Munoz-Sims's reply brief, and deny as moot Munoz-Sims's motion for leave to file an overlength Federal Rule of Appellate Procedure 28(j) letter.

_____

[1]The Honorable Shannon G. Elkins, United States Magistrate Judge for the District of Minnesota.

[2]The Honorable John R. Tunheim, United States District Judge for the District of Minnesota.